1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ZACHARY LLOYD KALSO,                          No.  2:24-cv-00559-DB

12                  Plaintiff,

13          v.                                      ORDER AND FINDINGS &
                                                    RECOMMENDATIONS
14   BUTTE COUNTY JAIL, et al.,

15                  Defendants.

16

17          By order filed March 18, 2024, plaintiff's motion to proceed in forma pauperis was denied

18   and thirty days leave to file an amended motion to proceed in forma pauperis was granted.  Thirty

19   days from that date have now passed, and plaintiff has not filed an amended motion, or otherwise

20   responded to the court's order.

21          In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is

22   directed to assign a district judge to this case; and

23          IT IS RECOMMENDED that this action be dismissed without prejudice.  See Local Rule

24   110; Fed. R. Civ. P. 41(b).

25          These findings and recommendations are submitted to the United States District Judge

26   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

27   after being served with these findings and recommendations, plaintiff may file written objections

28   with the court and serve a copy on all parties.  Such a document should be captioned

1

1     "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

2     failure to file objections within the specified time may waive the right to appeal the District

3     Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

4     Dated:  April 30, 2024

5

6

7                             DEBORAH BARNES

                            UNITED STATES MAGISTRATE JUDGE

8

9

10   DB16

    DB/Prisoner/Civil/R/kals559.fta

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28